# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LAUDERMILCH; ERIC ROD; and JOHN T. WOLFE,<br><br>Plaintiffs,<br><br>v.<br><br>730 TEXAS TIMBERLANDS, II, LTD.; and GREENWOOD RESOURCES, INC.,<br><br>Defendants. | No. 4:22-CV-00423<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 17th day of August 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Preliminary Injunction (Doc. 3) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge