IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LAUDERMILCH and ERIC ROD, | No. 4:22-CV-00423 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| 730 TEXAS TIMBERLANDS, II, LTD., and GREEN WOOD RESOURCES, INC., | |
| Defendants. | |

## ORDER

### OCTOBER 13, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 40) is **GRANTED** in part;

2. Any claims brought by Eric Rod are dismissed for lack of jurisdiction, and Rod is terminated as a plaintiff in this action;

3. David Laudermilch's claims shall proceed; and

4. A telephonic status conference call shall be set by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge